JS-6

**LAUREL EMPLOYMENT LAW APC**
JOSHUA I. WHITE, ESQ. (SBN 278166)
josh@laurelemploymentlaw.com
POLA BERNABE, ESQ. (SBN 345797)
pola@laurelemploymentlaw.com
808 Wilshire Boulevard, Suite 200
Santa Monica, California 90401
Telephone: 310-929-6371
Attorneys for Plaintiff
JUAN CARLOS

THOMAS E. WALLING, ESQ. (SBN 186878)
Thomas.walling@fedex.com
2601 Main Street, Suite 1100
Irvine, California 92614
Telephone: 949- 862-4605
Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>FEDERAL EXPRESS CORPORATIONM a Delaware corporation, and DOES 1 to 50, inclusive<br><br>Defendant(s). | Case No.: 2:25-cv-08411-JFW-SSCx<br><br>**ORDER** |

# ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated : August 11, 2026

Hon. John F. Walter